

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-16-2007

# Chukwu v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 05-4068

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Chukwu v. Atty Gen USA" (2007). *2007 Decisions.* Paper 1162.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1162

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-4068
_____

BREDAN CHIMA CHUKWU,

Petitioner,

v.

ATTORNEY GENERAL OF THE UNITED STATES;
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

Respondents

_____

ORDER
_____


At the direction of the Court, it is hereby O R D E R E D that the opinion filed on April 13, 2007 is hereby vacated due to formatting and typographical errors. A revised opinion shall be issued this date.


For the Court,
Marcia M. Waldron,
Clerk

Dated: April 16, 2007